# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| JUSTIN LEE DILLARD, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00031-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| MICKEY ANDERSON, Sheriff of Graham County, CHUCK STEWART, Jail Administrator of Graham County, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2013 Order.

September 6, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court